UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 13-253 DWF/AJB

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461 (c) |
| MUSTAFA AHMED MOHAMED, | ) | |
| a/k/a Mustafa Mohamed Ahmed, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of Ammunition)

On or about May 29, 2013, in the State and District of Minnesota, the defendant,

**MUSTAFA AHMED MOHAMED,**
a/k/a Mustafa Mohamed Ahmed,

a person who had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

| Crime | Court of Conviction | Year of Conviction (in or about) |
|---|---|---|
| Burglary – First Degree | Hennepin County, MN District Court | 2007 |
| Burglary – Third Degree | Hennepin County, MN District Court | 2008 |
| Tampering with Motor Vehicle – First Degree | Clay County, MO Circuit Court | 2009 |

did knowingly possess, in and affecting interstate and foreign commerce ammunition, namely, three rounds of 9mm ammunition including two bearing the head-stamp S&B

SCANNED
OCT 2 3 2013
U.S. DISTRICT COURT MPLS

9x19 12 and one bearing the head-stamp SPEER 9x19 12 005, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

# COUNT 2
(Felon in Possession of a Firearm)

On or about May 29, 2013, in the State and District of Minnesota, the defendant,

**MUSTAFA AHMED MOHAMED,**
a/k/a Mustafa Mohamed Ahmed,

a person who had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

| Crime | Court of Conviction | Year of Conviction (in or about) |
|---|---|---|
| Burglary – First Degree | Hennepin County, MN District Court | 2007 |
| Burglary – Third Degree | Hennepin County, MN District Court | 2008 |
| Tampering with Motor Vehicle – First Degree | Clay County, MO Circuit Court | 2009 |

did knowingly possess, in and affecting interstate and foreign commerce a firearm, namely, one Sig Sauer P229 Elite 9mm bearing serial number AJU06044, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

# FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of conviction for Count 1 or 2, the defendant,

**MUSTAFA AHMED MOHAMED,**
a/k/a Mustafa Mohamed Ahmed,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g) or 924, including and not limited to one Sig Sauer P229 Elite 9mm bearing serial number AJU06044, and three rounds of 9mm, two bearing the head-stamp S&B 9x19 12 and one bearing the head-stamp SPEER 9x19 12 005.

All in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____            _____
ACTING UNITED STATES ATTORNEY              FOREPERSON