# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 13-253(1) (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Mustafa Ahmed Mohamed, a/k/a Mustafa Mohamed Ahmed, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated April 10, 2014. (Doc. No. 47.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Tony N. Leung's April 10, 2014 Report and Recommendation (Doc. No. [47]) is **ADOPTED**.

2. Defendant's Motion to Dismiss Count Two of Indictment on Grounds of Insufficient Allegations and Insufficient Evidence (Doc. No. [33]) is **DENIED**.

3. Defendant's Motion to Suppress Evidence Obtained by Search and Seizure (Doc. No. [22]) is **DENIED**.

4. Defendant's Motion to Suppress Statements (Doc. No. [23]) is **DENIED**.

Dated:  May 6, 2014             s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge